**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  06-cr-00243-LTB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. ERVIN CAMACK,

  Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

 This will confirm that a compliance review hearing regarding Defendant Camack is set **Monday, January 10, 2011 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  December 6, 2010